# J S -6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNEE CHARLENE RATHKEY, | Case No. 8:21-cv-01622-JVS-DFM |
| Plaintiff, | Complaint filed: April 1, 2021 |
| v. | **ORDER GRANTING DISMISSAL** |
| ZIMMER, INC. doing business in California as ZIMMER BIOMET CORPORATE SERVICES, a California corporation and DOES 1 to 100, | |
| Defendant. | |

The Court having reviewed the Stipulation for Dismissal of the parties as set in Docket No. 40:

**IT IS HEREBY ORDERED** that the above-entitled action be and the same is hereby dismissed in its entirety on its merits, with prejudice and without costs to any party.

Dated: November 10, 2022     _____
Honorable James V. Selna
United States District Court Judge